■ KENNETH E. GRABER, Respondent, v EDWARD J. MAHONEY et al., Constituting the Erie County Board of Elections, Respondents, and JOHN V. ROGOWSKI, as Candidate of the

Republican Party for the Public Office of County Court Judge in the County of Erie, Appellant.—Order unanimously reversed without costs, petition dismissed and designating petition validated. Memorandum: Absent any allegation of fraud, falsification, or undue influence, the failure of a notary public to administer a formal oath to a party signing a designating petition is insufficient to overcome the presumption of regularity (see, Matter of La Mendola v Mahoney, 49 AD2d 798). (Appeal from order of Supreme Court, Erie County, McGowan, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, Lawton and Davis, JJ. (Order entered Aug. 26, 1988.)